# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DEBORAH LAUFER, Individually,

    Plaintiff,

vs.                                      CASE NO.: 1:19-CV-00281-AW-GRJ

P & R HOSPITALITY, LLC,

    Defendant.

_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**THE PARTIES,** by and through their respective undersigned counsel, hereby stipulate to the voluntary dismissal of this action, with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/Philip Michael Cullen, III* | /s/ Nicole Sieb Smith |
| PHILIP MICHAEL CULLEN, III | NICOLE SIEB SMITH |
| Fla. Bar No: 167853 | Florida Bar No.: 0017056 |
| E-mail: CULLENIII@aol.com | E-mail: nsmith@rumberger.com |
| **Attorney at Law Chartered** | RUMBERGER, KIRK, & CALDWELL, P.A. |
| 621 S Federal Hwy, Suite Four | 101 North Monroe Street, Suite 120 |
| Fort Lauderdale, FL 33301 | Tallahassee, Florida 32301 |
| Tel.: (954) 462-0600 | Tel: 850.222.6550 |
| Fax: (954) 462-1717 | Fax: 850.222.8783 |
| | |
| Attorneys for Plaintiff | Attorneys for P & R Hospitality, LLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Philip Michael Cullen, III, at culleniii@aol.com**.

/ s / Nicole Sieb Smith
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
101 North Monroe Street, Suite 120
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

Attorneys for P & R Hospitality, LLC